**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:        In the Matter of C.L.S.

Appellate case number:    01-11-00439-CV

Trial court case number:   56309

Trial court:                      300th District Court of Brazoria County

Date motion filed:            November 21, 2012

Party filing motion:          Appellee

It is ordered that the motion for rehearing is **DENIED.**

Judge's signature: /s/ Sherry Radack

☐ Acting individually    ☑ Acting for the Court

Panel consists of: Chief Justice Radack and Justices Higley and Brown.

Date: January 24, 2013